# TURNER | BOYD | SERAPHINE
*Intellectual Property Litigators*

Megan Whyman Olesek
650.265.6109
olesek@turnerboyd.com

*VIA ECF*

September 11, 2025

Honorable Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2025

**MEMORANDUM ENDORSED**

Re:   *Traxcell Techs. II, LLC v. Maplebear Inc.*, Case No. 1:25-cv-04614

Dear Judge Woods:

Plaintiff Traxcell Technologies II, LLC ("Traxcell II" or "Plaintiff") and Defendant Maplebear, Inc. d/b/a Instacart ("Instacart" or "Defendant") (collectively "the Parties") have conferred further regarding Instacart's planned motion to dismiss based on lack of standing following the submission of Instacart's August 15, 2025 pre-motion letter to the Court. *See* Dkt. No. 25. Because other courts are presently adjudicating these threshold issue that Plaintiff contends may resolve or narrow the issues presented in the instant case, Plaintiff has proposed, and Instacart has agreed, to respectfully request a stay of this proceeding in order to conserve Court and party resources.

Accordingly, the Parties jointly request that this Court, pursuant to Fed. R. Civ. P. 26 and the Court's inherent power to manage its docket, enter an Order staying all proceedings in this action until the final judgment, including all appeals, of all of the following proceedings:

1. The U.S. District Court action *Cellco Partnership d/b/a Verizon Wireless v. Traxcell Techs., LLC*, No. 6:24-cv-00163-ADA-DGT (W.D. Tex. Mar. 28, 2024);

2. The Texas state court proceedings regarding Receivership of Traxcell's assets (*Verizon Wireless Personal Commc'ns LP v. Traxcell Techs., LLC*, Trial Court No. 2023-368-4 (170th District Court, McLennan County, Texas); and

3. Traxcell's Bankruptcy proceedings (*Traxcell Techs., LLC*, No. 6:2023-bk-60482 (W.D. Tex. Sept. 19, 2023).

Counsel for Plaintiff has approved the content of this joint letter to the Court (confirmed via email) and joins this request. We thank the Court for its consideration of this joint request.

Very truly yours,

Megan Whyman Olesek (*pro hac vice*)

Application granted. The parties' motion to stay this case, Dkt. No. 29, is granted. The parties are directed to file a joint status letter updating the Court on the other proceedings no later than March 11, 2026, or within one week of final disposition of those proceedings, whichever is earlier. The September 18, 2025 pre-motion conference is adjourned. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29 and to flag that this case is stayed.

SO ORDERED.
Dated: September 11, 2025
New York, New York

GREGORY H. WOODS
United States District Judge