UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

TRAXCELL TECHNOLOGIES II, LLC,

                          Plaintiff,

            -v -

MAPLEBEAR, INC.,

                          Defendant.

-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/11/2026

1:25-cv-4614-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 11, 2025, the Court directed the parties to file a joint status letter updating the Court on the other proceedings no later than March 11, 2026, or within one week of final disposition of those proceedings, whichever is earlier.  Dkt. No. 31.  No joint letter has been submitted.  Accordingly, the parties are directed to comply with the Court's September 11, 2025 order forthwith, and in no event later than March 16, 2026.

        SO ORDERED.

Dated:  March 11, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge